IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BLANKENSHIP GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POETTKER CONSTRUCTION COMPANY, ZODIAC-POETTKER HBZ JOINT VENTURE II, LLC, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * CV 423-217 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 32.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA